**Order filed July 3, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00185-CR
_____

**HILARIO SOLIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1339083

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of  State's exhibit 1- CD (911 call) and State's exhibit 61 -DVD**.**

The clerk of the 338th District Court is directed to deliver to the Clerk of this court the original of State's exhibit 1- CD (911 call) and State's exhibit 61 -DVD, on or before **July 15, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 1- CD (911 call) and State's exhibit 61 -DVD, to the clerk of the 338th District Court.

PER CURIAM